472 A.2d 271

Glosser v. Hoffman, Appellants.

Submitted January 25, 1984. Joseph Colavecchi, for appellants; Donald A. Carosella, for appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

The appeal of Hoffman Contracting & Sales Company, Inc. is quashed.

The order of the court below as it affects C.L. Hoffman Associates, Inc. is affirmed.

Jurisdiction is relinquished.